UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                              Case No. 3:23-cr-24/MCR

KEVIN PAUL MCMAINS,

    Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

    Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, KEVIN PAUL MCMAINS, to Counts One, Two, and Three of the indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

    **DONE and ORDERED** this 26th day of October 2023.

    *M. Casey Rodgers*
    **M. CASEY RODGERS**
    **UNITED STATES DISTRICT JUDGE**